IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GILLIS SHEET METAL, INC., HOLYOKE ENTERPRISES, LLC,<br>Defendants. | Civil Action No. 1:10-cv-943 |

## ORDER

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Ivan Davis dated March 21, 2011 (Dkt. No. 15) recommending entry of default judgment against Defendants Gillis Sheet Metal, Inc., and Holyoke Enterprises, LLC. The Defendants have not filed any objections to the Report and Recommendation as of the 14 day deadline for objections. Based on a *de novo* review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. Accordingly, it is hereby

ORDERED that judgment is entered in favor of the Board of Trustees, National Energy Management Institute Committee, Board of Trustees, International Training Institute for the Sheet Metal and Air Conditioning Industry, Board of Trustees, Sheet Metal Workers' National Pension Fund, Board of Trustees, National Stabilization Agreement of the Sheet Metal Industry Trust Fund, Sheet Metal Occupational Health Institute Trust, Board of Trustees, Sheet Metal Workers' International Association Scholarship Fund, against Defendants Gillis Sheet Metal,

Inc., and Holyoke Enterprises, LLC, in the amount of $37,197.54, which is inclusive of damages, reasonable attorneys' fees, and costs incurred to date.

It is further ORDERED that the Clerk of Court is directed to enter default judgment against Defendants.

April 22, 2011
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge